UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IRONSHORE SPECIALTY INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>23ANDME, INC.,<br><br>        Defendant. | Case No.  14-cv-03286-BLF<br><br>**ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUR-REPLY**<br><br>[Re:  ECF 31] |

In this declaratory relief action, Plaintiff Ironshore Specialty Insurance Company seeks a declaration that it does not have a duty to defend its insured, Defendant 23andMe, Inc., with respect to certain lawsuits, arbitration proceedings, and administrative proceedings ("underlying litigation").  Defendant has filed a motion to stay the declaratory relief action pending resolution of the underlying litigation; that motion has been fully briefed and is set for hearing on January 8, 2015.

Plaintiff's administrative motion for leave to file a sur-reply is DENIED.  The Court notes that Plaintiff already has exceeded the number of pages permitted for an opposition brief.  *See* Civ. L. R. 7-3(a) (limiting opposition brief to twenty-five pages).  Plaintiff has not demonstrated good cause for yet more pages of briefing.

**IT IS SO ORDERED.**

Dated:  October 20, 2014

                                                                                                          _____
BETH LABSON FREEMAN
United States District Judge