1  RONALD P. SCHILLER (Pro hac vice)
   SHARON F. MCKEE (Pro hac vice)
2  BONNIE M. HOFFMAN (Pro hac vice)
   **HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**
3  One Logan Square, 27th Floor
   Philadelphia, Pennsylvania 19103
4  Telephone: (215) 568-6200
   Facsimile: (215) 568-0300
5  Email: rschiller@hangley.com
              smckee@hangley.com
6             bhoffman@hangley.com

7  Douglas K. Wood, Esq. (SBN 121804)
   Robin L. Singer, Esq. (SBN 252981)
8  **MORRIS POLICH & PURDY LLP**
   One Embarcadero Center, Suite 400
9  San Francisco, CA 94111-3619
   Telephone: (415) 984-8500
10 Facsimile: (415) 984-8599
   Email: dwood@mpplaw.com
11            rsinger@mpplaw.com

12 Attorneys for Plaintiff
   IRONSHORE SPECIALTY INSURANCE COMPANY
13
   LAWRENCE A. COX (SBN 076140)
14 lawrence.cox@aporter.com
   **ARNOLD & PORTER LLP**
15 777 South Figueroa Street, Forty-Fourth Floor
   Los Angeles, California 90017-5844
16 Telephone: 213.243.4000
   Facsimile: 213.243.4199
17
   SHARON D. MAYO (SBN 150469)
18 sharon.mayo@aporter.com
   **ARNOLD & PORTER LLP**
19 Three Embarcadero Center, Tenth Floor
   San Francisco, California 94111-4024
20 Telephone: 415.471.3100
   Facsimile: 415.471.3400
21
   Attorneys for Defendant
22 23ANDME, INC.

23
                    UNITED STATES DISTRICT COURT
24
                   NORTHERN DISTRICT OF CALIFORNIA
25
                          SAN JOSE DIVISION
26

27

28

---

STIPULATION AND REQUEST TO CONTINUE HEARING ON DEFENDANT'S MOTION TO STAY AND
CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No.: 5:14-cv-03286-BLF

| | |
|---|---|
| IRONSHORE SPECIALTY INSURANCE COMPANY,<br><br>     Plaintiff,<br><br> vs.<br><br>23ANDME, INC.,<br><br>     Defendant. | Case No.: 5:14-cv-03286-BLF<br><br>**STIPULATION AND REQUEST TO CONTINUE HEARING ON DEFENDANT'S MOTION TO STAY AND CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>[Civ. L. R. 7-7(b)(2) and 16-2(d); Order Required] |

  1. In accordance with Civil Local Rule 7-7(b)(2), the parties in the above-captioned action hereby stipulate to Ironshore Specialty Insurance Company's request to continue the hearing on Defendant's Motion to Stay currently scheduled for January 8, 2015 until April 9, 2015.

  2. In accordance with Civil Local Rule 16-2(d), the parties also stipulate to the Case Management Conference currently scheduled for January 8, 2105 being moved to and also held on April 9, 2015. The parties further stipulate that the deadlines associated with the Initial Case Management Conference be adjusted accordingly.

  3. Good cause exists for these requests.

  4. Ironshore filed its Complaint in this action against Defendant 23andMe, Inc. ("23 and Me") on July 21, 2014 (ECF 1), and the case was assigned to Magistrate Judge Grewal (ECF 4).

  5. A Case Management Conference was initially set for December 9, 2014. (ECF 6). After this matter was reassigned to Judge Freeman, the Case Management Conference was rescheduled for January 8, 2015 at 1:30 a.m. (ECF 23).

  6. On September 5, 2014, 23andMe filed a Motion to Stay Insurance Coverage Litigation Pending Resolution of the Underlying 23andMe Personal Genome Service (PGS) Litigation (the "Motion to Stay"), which was docketed at ECF 26. The hearing on the Motion to Stay was set for January 8, 2015 at 9:00 a.m.

  7. Ironshore requested, and 23andMe agreed to, a one-week extension of time to respond to the Motion and file a reply. (ECF 27). The Court granted the extensions on September 17, 2014. (ECF 28). These extensions did not alter the date set for the hearing on the Motion to Stay, and no previous extensions with respect to the hearing date have been requested.

8. Ronald Schiller, lead counsel for Ironshore, is currently involved in a separate matter pending in the United States District Court for the Northern District of California. Trial in that matter was originally scheduled for November but was recently moved to January 6, 2015. Because the trial is likely to last two weeks, it conflicts with the January 8, 2015 Hearing and Case Management Conference.

9. Having now identified the good cause for the stipulated request, particularly the conflict of lead counsel for Plaintiff, the parties respectfully request that the Court consider and accept this stipulation to reschedule the Hearing for Defendant's Motion to Stay and the Case Management Conference until April 9, 2015, and that the deadlines associated with the initial case management conference be adjusted accordingly.

Dated:  December 17, 2014

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

By: /s/Ronald P. Schiller
Ronald P. Schiller
Sharon F. McKee
Bonnie M. Hoffman
Attorneys for Plaintiff
IRONSHORE SPECIALTY INSURANCE COMPANY

MORRIS POLICH & PURDY LLP

Douglas K. Wood
Robin L. Singer
Attorneys for Plaintiff
IRONSHORE SPECIALTY INSURANCE COMPANY

Dated:  December 17, 2014

ARNOLD & PORTER LLP

By: /s/Lawrence A. Cox
Lawrence A. Cox
Sharon D. Mayo
Attorneys for Defendant
23ANDME, INC.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Ö^&^{ à^¦ÆÏ ÊÆŒŒFÏ
DATE

HON. BETH LABSON FREEMAN

---

STIPULATION AND REQUEST TO CONTINUE HEARING ON DEFENDANT'S MOTION TO STAY AND CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No.: 5:14-cv-03286-BLF