UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IRONSHORE SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>23ANDME, INC.,<br><br>Defendant. | Case No.  14-cv-03286-BLF<br><br>**ORDER VACATING APRIL 9, 2015 CASE MANAGEMENT CONFERENCE** |

The Case Management Conference set for 1:30 p.m. on April 9, 2015 is hereby VACATED.

Case management issues will be addressed at the Motion Hearing set for 9:00 a.m. on April 9, 2015, which remains on calendar.

**IT IS SO ORDERED.**

Dated: April 7, 2015

BETH LABSON FREEMAN
United States District Judge