Ronald P. Schiller (Pro hac vice)
Sharon F. McKee (Pro hac vice)
Bonnie M. Hoffman (Pro hac vice)
**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**
One Logan Square, 27th Floor
Philadelphia, Pennsylvania 19103
Telephone: (215) 568-6200
Facsimile: (215) 568-0300
Email: rschiller@hangley.com
    smckee@hangley.com
    bhoffman@hangley.com

Douglas K. Wood, Esq. (SBN 121804)
**CLARK HILL**
One Embarcadero Center, Suite 400
San Francisco, CA 94111-2619
Telephone: (415) 984-8500
Facsimile: (415) 984-8599
Email: dwood@mpplaw.com

Attorneys for Plaintiff
IRONSHORE SPECIALTY INSURANCE COMPANY

Lawrence A. Cox (CA State Bar # 076140)
ARNOLD & PORTER LLP
777 S. Figueroa Street, Suite 4400
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
Email: lawrence.cox@aporter.com

Sharon D. Mayo (CA State Bar # 150469)
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
Email: sharon.mayo@aporter.com

Attorneys for Defendant
23ANDME, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| 1 | IRONSHORE SPECIALTY INSURANCE COMPANY, |
| 2 | |
| 3 | Plaintiff, |
| 4 | v. |
| 5 | 23ANDME, INC., |
| 6 | Defendant. |

Case Number: 5:14-cv-03286-BLF

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties by and through their undersigned counsel, stipulate and agree that all claims and counterclaims between and among Plaintiff Ironshore Specialty Insurance Company and Defendant 23andMe, Inc. are hereby dismissed with prejudice.

All Pending motions before the Court shall be deemed moot. Each party shall bear its own costs and attorney's fees.

Dated: March 19, 2019

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

By: /s/ Ronald P. Schiller

Ronald P. Schiller
Sharon F. McKee
Bonnie M. Hoffman

Attorneys for Plaintiff
IRONSHORE SPECIALTY INSURANCE COMPANY

ARNOLD & PORTER LLP

By: /s/Lawrence A. Cox

Lawrence A. Cox
Sharon D. Mayo

*Attorneys for Defendant
23ANDME, INC.*

1
**Joint Stipulation of Dismissal**   Case Number: 5:14-cv-03286-BLF

IT IS SO ORDERED.

Dated: March 19, 2019

_____
HON. BETH LABSON FREEMAN